IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DUSTIN PHILLIPS, et al.,

    Plaintiffs,

v.                    CIVIL ACTION NO. 2:23-cv-00544

DARREN GALISKY, et al.,

    Defendants.

**DISMISSAL ORDER**

The Parties have jointly stipulated, in the interests of economy and efficiency, to dismiss the matter in favor of arbitration in accordance with Section 12.10 of the *Operating Agreement of Mountain Momma Armory LLC*. Accordingly, the Court hereby **DISMISSES** the matter.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:    November 30, 2023

_____
THOMAS E. JOHNSTON, CHIEF JUDGE